| | |
|---|---|
| 1 | Sloan C. Bailey (SBN 188113) |
| | Gary Sloboda (SBN 209581) |
| 2 | Carlos M. Huet-Cox (SBN 297832) |
| | BAILEY LAW PARTNERS LLP |
| 3 | 1010 B Street, Suite 203 |
| | San Rafael, CA 94901 |
| 4 | Telephone: 415/461-1000 |
| | Fax: 415/482-9939 |
| 5 | sbailey@baileylawpartners.com |
| | gsloboda@baileylawpartners.com |
| 6 | chuetcox@baileylawpartners.com |

Attorneys for Plaintiff,
WALTER P. IBERTI, TRUSTEE OF THE
WALTER P. IBERTI TRUST

George Wailes (SBN 100177
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2343
Facsimile: (610) 887-2501
Email: george@waileslaw.com

Attorney for Defendants and
Counterclaimants, Green Orient,
Ltd., Roberto Zanetti, and
Donatella Verna

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER P. IBERTI, as TRUSTEE OF THE WALTER P. IBERTI TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO ZANETTI; DONATELLA VERNA; GREEN ORIENT, LTD.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:19-CV-02758-LB<br><br>**MOTION AND (PROPOSED) ORDER TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 42) AND DECLARATION OF PAUL K. PFEILSCHIEFTER IN SUPPORT** |

1

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Walter Iberti submitted an Administrative Motion to File Under Seal, Docket No. 42, which inadvertently included an unredacted version of the proposed order intended to be filed under seal. Plaintiff Walter Iberti hereby requests by this motion that Docket No. 42 be removed pursuant to the Court's instructions at: https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/support-and-troubleshooting/correcting-e-filing-mistakes/.

Dated:  February 26, 2020         BAILEY LAW PARTNERS LLP

                                  */s/ Paul K. Pfeilschiefter*
                                  Gary Sloboda
                                  Paul Pfeilschiefter
                                  Attorneys for Walter P. Iberti, Trustee of the
                                  Walter P. Iberti Trust

## DECLARATION OF PAUL K. PFEILSCHIEFTER

I, Paul Pfeilschiefter, declare:

1. I am a member of the State Bar of California, State Bar Number 301463. I am attorney of record for Plaintiff Walter P. Iberti, Trustee of the Walter P. Iberti Trust.

2. On February 26, 2020, I inadvertently filed Plaintiff Walter Iberti's proposed order, Docket No. 42-3, which was intended to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2020                         BAILEY LAW PARTNERS LLP

                                                 _/s/ Paul Pfeilschiefter_____
                                                 Gary Sloboda
                                                 Paul Pfeilschiefter
                                                 Attorneys for Walter P. Iberti, Trustee of the
                                                 Walter P. Iberti Trust

# ORDER

The Court, having reviewed the motion to remove incorrectly filed Docket No. 42 hereby grants Plaintiff Walter Iberti's Motion.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                                Magistrate Judge Laurel Beeler
                                                                                Northern District of California